## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

|  |  |
|---|---|
| GRANT & BOWMAN, INC., | ) |
| | ) |
| Plaintiff, | )     Court No. 25-00689 |
| | ) |
| v. | ) |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants appeal to the United States Court of Appeals for the Federal Circuit from the Court's injunction order of April 17, 2026. *See* ECF No 14.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

2

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 353-9063
claudia.burke@usdoj.gov

June 2, 2026                                    *Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 2, 2026, I caused the foregoing "DEFENDANTS' NOTICE OF APPEAL" to be filed and served electronically via the Court's CM/ECF system.


/s/Claudia Burke